UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DENOVCHIK, GARY J

Case No.: 18-31281 (JKS)  
Chapter: 7  
Judge: JOHN K. SHERWOOD

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on January 15, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 74 Camp Lane<br>Fairfield,, NJ 07004<br><br>Current Market Value: $60,000.00 |
|---|---|

| Liens on property: | $51,832.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>  
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>  
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>  
TELEPHONE NO: <u>(973) 597-9100</u>  
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHONE<u>: (973)597-9100</u>  
DATED: <u>December 13, 2018</u>

United States Bankruptcy Court
District of New Jersey

In re:  
Gary J Denovchik  
    Debtor

Case No. 18-31281-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 14, 2018  
                       Form ID: pdf905     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.

```
db             +Gary J Denovchik,    74 Camp Lane,    Fairfield, NJ 07004-1002
517836014       American Express Legal,    PO Box 278,    Ramsey, NJ 07446-0278
517836015      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517836016      +Anthony J. Migliaccio, Esq. DC 1231 18,    500 N. Franklin Tpke,    Ramsey, NJ 07446-1177
517836018      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517836021      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517836022      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517836023      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517836024      +Citibank / Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                 St Louis, MO 63179-0040
517836025      +Citibank / The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517836026       Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
517836028      +First Source,    205 Bryant Woods South,    Amherst, NY 14228-3609
517836029      +Fred Weinberg Associates Esq,    125 S West Street,    Wilmington, DE 19801-5014
517836030      +Lyons Doughty Veldhuis DC 7173 18,    136 Gaither Drive,    Suite 100,
                 Mount Laurel, NJ 08054-1725
517836031      +PNC Mortgage,    1801 E. 9th Street,    Suite 200,    Cleveland, OH 44114-3103
517836032      +Sears Credit Card,    PO Box 78051,    Phoenix, AZ 85062-8051
517836033      +Selip Stylianou, LLP,    10 Forest Ave,    Suite 300,    PO BOx 914,    Paramus, NJ 07653-0914
517836035      +The Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517836020      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:05:52     Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
517836019      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:04:35     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517836027      +E-mail/Text: mrdiscen@discover.com Dec 14 2018 23:59:40     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517836034      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:10     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517836017    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Dec 14, 2018
                               Form ID: pdf905          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:

        James C. Zimmermann   on behalf of Debtor Gary J Denovchik jim@jzlawyer.com, jim@jzlawyer.com
        Jay L. Lubetkin   jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Rebecca Ann Solarz   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 5