UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy
Counsel to Jay L. Lubetkin, Esq.,
Chapter 7 Trustee

**Order Filed on April 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____18-31281_____ |
| GARY J. DENOVCHIK, | Chapter: _____Sherwood_____ |
| Debtor. | Judge: _____7_____ |

**ORDER AUTHORIZING RETENTION OF**

_____Wexler Wallace LLP_____

The relief set forth on the following page is **ORDERED**.

**DATED: April 4, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Wexler Wallace LLP_____

as ___Special Counsel to the Chapter 7 Trustee___, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: ___55 West Monroe Street, Suite 3300___

    ___Chicago, IL 60603___

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper
    application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
    13 case. Payment to the professional may only be made after satisfactory completion of
    services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-31281-JKS
Gary J Denovchik                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 04, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db            +Gary J Denovchik,    74 Camp Lane,    Fairfield, NJ 07004-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
            Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
            James C. Zimmermann    on behalf of Debtor Gary J Denovchik jim@jzlawyer.com,    jim@jzlawyer.com
            Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
             rgaydos@rltlawfirm.com
            Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
             NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
            Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
             rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6