UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-31281 |
| GARY DENOVCHIK | Chapter: | 7 |
| | Judge: | Sherwood |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Jay L. Lubetkin , Chapter 7 Trustee , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**   Clerk, United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 16, 2019 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D , 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**  Gary J. Denovchik (the "Debtor") was a party to a pre-petition personal injury lawsuit. Special counsel was retained and this lawsuit has now been settled.

**Pertinent terms of settlement:**   A settlement in the amount of $97,681.71 has been reached by special counsel and will be paid to the Trustee for the benefit of the bankruptcy estate. The Trustee and special counsel believe that such settlement is in the best interests of the estate and will result in a meaningful distribution to creditors.

Objections must be served on, and requests for additional information directed to:

Name: Jay L. Lubetkin, /s/ Jay L. Lubetkin; Rabinowitz, Lubetkin & Tully, L.L.C.

Address: 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039

Telephone No.: 973-597-9100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Gary J Denovchik  
    Debtor

Case No. 18-31281-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: May 31, 2019  
                  Form ID: pdf905    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.

```
db            +Gary J Denovchik,    74 Camp Lane,    Fairfield, NJ 07004-1002
aty           +Rabinowitz Lubetkin & Tully L.L.C.,    293 Eisenhower Parkway,    Suite 100,
                Livingston, NJ 07039-1711
aty           +Wexler Wallace LLP,    55 W Monroes Street, Suite 3300,    Chicago, IL 60603-5088
517836014      American Express Legal,    PO Box 278,    Ramsey, NJ 07446-0278
517992906      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517836015     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517836016     +Anthony J. Migliaccio, Esq. DC 1231 18,    500 N. Franklin Tpke,    Ramsey, NJ 07446-1177
517836018     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517836021     +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
517836022     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517836023     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
517836024     +Citibank / Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                St Louis, MO 63179-0040
517836025     +Citibank / The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                St Louis, MO 63179-0040
518068747     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517836026      Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
517836028     +First Source,    205 Bryant Woods South,    Amherst, NY 14228-3609
517836029     +Fred Weinberg Associates Esq,    125 S West Street,    Wilmington, DE 19801-5014
517836030     +Lyons Doughty Veldhuis DC 7173 18,    136 Gaither Drive,    Suite 100,
                Mount Laurel, NJ 08054-1725
517836031     +PNC Mortgage,    1801 E. 9th Street,    Suite 200,    Cleveland, OH 44114-3103
517836032     +Sears Credit Card,    PO Box 78051,    Phoenix, AZ 85062-8051
517836033     +Selip Stylianou, LLP,    10 Forest Ave,    Suite 300,    PO BOx 914,    Paramus, NJ 07653-0914
517836035     +The Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2019 00:35:24     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2019 00:35:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517836020     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2019 00:41:46     Capital One,
                Po Box 30253,    Salt Lake City, UT 84130-0253
517836019     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2019 00:41:46     Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518052393     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2019 00:42:02
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517923033      E-mail/Text: mrdiscen@discover.com Jun 01 2019 00:34:10     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517836027     +E-mail/Text: mrdiscen@discover.com Jun 01 2019 00:34:10     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517836034     +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 00:40:49     Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517836017    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                     Signature: _/s/Joseph Speetjens_

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: May 31, 2019
                              Form ID: pdf905           Total Noticed: 30
```
---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              James C. Zimmermann     on behalf of Debtor Gary J Denovchik jim@jzlawyer.com,  office@jzlawyer.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```