UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:        18-31281

GARY DENOVCHIK                                      Chapter:         7

                                                    Judge:           Sherwood

---

### NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin        ,     Chapter 7 Trustee     in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**  Clerk, United States Bankruptcy Court

Martin Luther King, Jr. Federal Building

50 Walnut Street, 3rd Floor

Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable      John K. Sherwood      on July 28, 2020 at 10:00a.m. at the United States Bankruptcy Court, Courtroom no. 3D, 50 Walnut Street, Newark New Jersey . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:** The Trustee administered a personal injury action for the benefit of the bankruptcy estate which was described as having a value of $97,681.71.  At that value, based upon the assumption of a 33% fee to special counsel, and the Debtor's exemptions, there would be approximately $27,000 in net equity for the benefit of the bankruptcy estate.  However, special counsel, who is located in Chicago, Illinois, had a fee arrangement that required a 40% payment, and the settlement relates to a multi-district litigation matter, requiring reductions for a multi-district litigation assessment and administration fees and expenses, which resulted in the bankruptcy estate receiving only $69,167.79.  At that amount, less the incurred attorneys' fees to special counsel of $39,072.68, and the Debtor's claimed exemptions, which are proper, in the aggregate amount of $36,275, there are no net proceeds for the benefit of the bankruptcy estate.  As a result, the Trustee believes it is now reasonable, necessary, and appropriate to abandon the proceeds from the personal injury litigation, to return such proceeds to special counsel, and to have special counsel distribute those proceeds as an asset not being administered by the Trustee.  Thus, the Trustee concludes he has no choice but to move to abandon the personal injury litigation and associated proceeds.

**Liens on property:**  N/A

**Amount of equity claimed as exempt:** $36,275

Objections must be served on, and requests for additional information directed to:

Name:         Jay L. Lubetkin, /s/ Jay L. Lubetkin; Rabinowitz, Lubetkin & Tully, L.L.C.

Address:     293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039

Telephone No.: 973-597-9100

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 18-31281-JKS
Gary J Denovchik                                            Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jun 25, 2020
                               Form ID: pdf905          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db             +Gary J Denovchik,    74 Camp Lane,    Fairfield, NJ 07004-1002
aty            +Rabinowitz Lubetkin & Tully L.L.C.,    293 Eisenhower Parkway,    Suite 100,
                 Livingston, NJ 07039-1711
aty            +Wexler Wallace LLP,    55 W Monroes Street, Suite 3300,    Chicago, IL 60603-5088
517836014       American Express Legal,    PO Box 278,    Ramsey, NJ 07446-0278
517992906       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517836015      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517836016      +Anthony J. Migliaccio, Esq. DC 1231 18,    500 N. Franklin Tpke,    Ramsey, NJ 07446-1177
517836018      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517836021      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517836023      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517836024      +Citibank / Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                 St Louis, MO 63179-0040
517836025      +Citibank / The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
518068747      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517836026       Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
517836028      +First Source,    205 Bryant Woods South,    Amherst, NY 14228-3609
517836029      +Fred Weinberg Associates Esq,    125 S West Street,    Wilmington, DE 19801-5014
517836030      +Lyons Doughty Veldhuis DC 7173 18,    136 Gaither Drive,    Suite 100,
                 Mount Laurel, NJ 08054-1725
517836031      +PNC Mortgage,    1801 E. 9th Street,    Suite 200,    Cleveland, OH 44114-3103
517836032      +Sears Credit Card,    PO Box 78051,    Phoenix, AZ 85062-8051
517836033      +Selip Stylianou, LLP,    10 Forest Ave,    Suite 300,    PO BOx 914,    Paramus, NJ 07653-0914
517836035      +The Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2020 23:29:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2020 23:29:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517836020      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2020 23:34:13      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
517836019      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2020 23:33:36      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518052393      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2020 23:33:15
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517923033       E-mail/Text: mrdiscen@discover.com Jun 25 2020 23:28:14      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517836027      +E-mail/Text: mrdiscen@discover.com Jun 25 2020 23:28:14      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517836022       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 25 2020 23:33:34      Chase Card Services,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
517836034      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 23:32:51      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517836017      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Jun 25, 2020
                               Form ID: pdf905            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
          Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
          James C. Zimmermann    on behalf of Debtor Gary J Denovchik jim@jzlawyer.com,  office@jzlawyer.com
          Jay L. Lubetkin     jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```